UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LARRY WHEELER                                CIVIL ACTION NO. 07-1868-P

VERSUS                                       JUDGE HICKS

WARDEN TIM WILKINSON                         MAGISTRATE HORNSBY

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus be **DENIED AND DISMISSED WITH PREJUDICE**, sua sponte, because it is time-barred by the one-year limitation period imposed by the AEDPA.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 18th day of June, 2008.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE